**No. 47640.**—Protest 15245–K of Ecusta Paper Corp. (New York).

Opinion by Kincheloe, J. In accordance with stipulation of counsel and on the authority of *Green v. United States* (8 Cust. Ct. 173, C. D. 599) the claim for free entry under paragraph 1750 was sustained.